## UNITED STATES of America, Plaintiff–Appellee,

v.

## Jose Roberto ORTIZ, a.k.a. Bobby, Defendant–Appellant.

No. 09–10982
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 18, 2010.

Before CARNES, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Michael Donaldson, appointed counsel for Jose Roberto Ortiz, has filed a motion

990

to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ortiz's convictions and sentences are **AFFIRMED.**